EMILE KARAM, PROSECUTOR-RESPONDENT, v. FRED J. WOLFE, BUILDING INSPECTOR, ETC., ET AL., DEFENDANTS-APPELLANTS.

Argued October 22, 1942—Decided January 22, 1943.

For the appellants, *Gerald T. Foley.*

For the respondent, *Ralph N. Solodar.*

PER CURIAM.

The judges being equally divided on the question whether the judgment should be reversed, the judgment is affirmed, solely because of such division, which renders any opinion by the court impossible.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—THE CHIEF JUSTICE, BODINE, DONGES, PERSKIE, PORTER, DEAR, THOMPSON, JJ. 7.

*For reversal*—THE CHANCELLOR, CASE, HEHER, COLIE, WELLS, RAFFERTY, HAGUE, JJ. 7.